SECOND DEPARTMENT, APRIL, 1967*

(April 12, 1967)

In the Matter of THOMAS A. RUPPERT, Petitioner, v. COUNTY COURT, WESTCHESTER COUNTY, et al., respondents.— Christ, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.